UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

TERRY REEDER #512651,

    Plaintiff,

v.

UNKNOWN BENOIT,

    Defendant.

_____/

Case No: 2:23-cv-242

HON. ROBERT J. JONKER

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 27, 2025 (ECF No. 22). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 22) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 18) is GRANTED in part and DENIED in part. Defendant's motion for summary judgment is GRANTED as to Plaintiff's Eighth Amendment sexual assault claims related to December 8 and 9, 2022; Plaintiff's Eighth Amendment sexual assault claims related to February 6, 2023; and Plaintiff's First Amendment retaliation claim related to December 8 and 9, 2022 and February 6, 2023. Defendant's motion for summary judgment is DENIED as to Plaintiff's Eighth Amendment sexual assault claims related to incidents on November 16 and 24, 2022, and December 12, 2022, and Plaintiff's First Amendment retaliation claims related to December 12, 2022.

Plaintiff's Eighth and First Amendment claims related to events on November 16, November 17, November 24 and December 12, 2022, remain in the case.

Dated:   April 18, 2025              /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     UNITED STATES DISTRICT JUDGE